UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ORLANDO PANELLI,

    Plaintiff(s),

v.

KING COUNTY, et al.,

    Defendant(s).

NO. C05-257P

ORDER ON PLAINTIFF'S MOTION TO QUASH

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Quash Subpoenas to Arizona Department of Corrections and UC Davis Health Systems

2. Defendants' Response to Plaintiff's Motion to Quash Subpoenas to Arizona Department of Corrections and UC Davis Health Systems

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the subpoena to the Arizona Department of Corrections may issue, but shall be limited in scope to matters of employee discipline.

IT IS FURTHER ORDERED that the subpoena to the UC Davis Health Systems relating to Ms. Ballesteros will be QUASHED on the grounds that it will not lead to discoverable information and invades the privacy of a third-party non-litigant.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October __20_, 2005

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO QUASH - 1**