The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORLANDO PANELLI,<br><br>                  Plaintiff,<br><br>    vs.<br><br>KING COUNTY, a legal subdivision of the State of Washington and a Municipal Corporation, RANDY KEMPTON, "JANE DOE" KEMPTON, and their marital community,<br><br>                  Defendants. | No. C05-0257MJP<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

Plaintiff Orlando Panelli, appearing by and through his attorney of record, Chellie M. Hammack and Defendant King County, appearing by and through its attorneys of record Norm Maleng, King County Prosecuting Attorney, and Endel Kolde and Donald J. Porter, Senior Deputy Prosecuting Attorneys, and Randall Kempton and his marital community, appearing by his attorney of record Steven Goldstein, hereby stipulate as follows:

STIPULATION AND ORDER (C05-0257MJP) - 1
h:\data\orders\panelli.stipulation and order of dismissal.doc

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 205-0447

1. All parties to this suit have fully and finally resolved all of their differences related to the above-captioned lawsuit.

2. The parties agree that an order should now be entered dismissing this suit with prejudice and without costs or fees to any party, including each and every claim brought by the plaintiff in connection with the above-captioned lawsuit.

Dated this 7th day of February, 2006

NORM MALENG
King County Prosecuting Attorney


s/Endel Kolde
ENDEL KOLDE, WSBA #25155
DONALD J. PORTER, WSBA #20164
Senior Deputy Prosecuting Attorneys
Attorneys for Defendant King County


Dated this 7th day of February, 2006

BETTS, PATTERSON & MINES, P.S.


s/Steven Goldstein
Steven Goldstein, WSBA #11042
Attorney for Defendants
Randy Kempton and "Jane Doe" Kempton

Dated this 7th day of February, 2006

CHELLIE M. HAMMACK LAW FIRM


s/Chellie Hammack
CHELLIE M. HAMMACK, WSBA 31796
Attorney for Plaintiff

STIPULATION AND ORDER (C05-0257MJP) - 2
h:\data\orders\panelli.stipulation and order of dismissal.doc

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 205-0447

## ORDER

THIS MATTER came on regularly before this Court upon the parties foregoing stipulation. The Court, having considered the above stipulation, finds that it is reasonable to enter an order in this case in accordance with the parties' stipulation.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

Each and every claim brought by the plaintiff in connection with the above-captioned lawsuit is dismissed with prejudice and without costs or fees to any party.

DATED this 9th day of February, 2006

/s *Marsha J. Pechman*
JUDGE MARSHA J. PECHMAN

Presented by:

| | |
|---|---|
| NORM MALENG<br>King County Prosecuting Attorney | CHELLIE M. HAMMACK LAW FIRM |
| s/ Endel Kolde<br>ENDEL KOLDE, WSBA #25155<br>DONALD J. PORTER, WSBA #20164<br>Senior Deputy Prosecuting Attorneys<br>Attorneys for Defendant King County | s/Chellie M.Hammack<br>CHELLIE M. HAMMACK, WSBA 31796<br>Attorney for Plaintiff |

Dated this 7th day of February, 2006

BETTS, PATTERSON & MINES, P.S.

s/Steven Goldstein
Steven Goldstein, WSBA #11042
Attorney for Defendants
Randy Kempton and "Jane Doe" Kempton

STIPULATION AND ORDER (C05-0257MJP) - 3
h:\data\orders\panelli.stipulation and order of dismissal.doc

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 205-0447